**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

Dennis R. Daughtry  
Sandra J. Daughtry

Case No. 8:12-bk-17713-KRM  
CHAPTER 13

Debtor(s)[1]

_____/

**ORDER DISMISSING CONFIRMED CHAPTER 13**
**CASE FOR FAILURE TO MAKE PLAN PAYMENTS**
**(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)**

THIS CASE came on for consideration for the purpose of entering an appropriate order in this case. The Court, having reviewed the record, finds that an Order on Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee and Granting Period to Cure Default was entered on January 5th, 2015 (Doc #44), for reason of the Debtor's delinquency in payments to the Trustee. The Court has been advised that the Debtor failed to comply with said Order. Therefore, it is,

**ORDERED**:

1. The Trustee's Motion to Dismiss is hereby GRANTED and this case be and the same is hereby DISMISSED without prejudice.

2. That any party in interest may request the Court to examine the fees paid to the attorney for the Chapter 13 Debtor, by filing a motion to examine attorney's fees within fourteen (14) days from the date of the entry of this Order.

3. The Trustee shall disburse any funds not previously disbursed pursuant to the Order Confirming Plan, and may disburse funds not previously disbursed pursuant to other Court orders. The Trustee shall thereafter file her final report, upon which filing, she will be discharged of her duties as Trustee.

4. If the Trustee has not already collected her percentage fee, she shall deduct same, together with any necessary costs, expenses, or changes.

5. The effective date of this Order is delayed fourteen (14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

---

[1] All references to "Debtor" include and refer to both of the Debtors in a case filed jointly by two individuals.

6.    All pending hearings are hereby canceled, except for any Order to Show Cause hearings the Court has set.

Dated:  January 16, 2015

_____
K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

Trustee Kelly Remick is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

KR/nag                                                     C13T  1.15.15